

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00755-CR

Jonathan Andrew **PERALES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR0068
Honorable Melisa C. Skinner, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED January 8, 2020.

Patricia O. Alvarez, Justice